## E. A. GIBSON v. THE STATE.

### No. 4574.   Decided March 27, 1918.

Aggravated Assault—Companion Case.

   Where, upon trial of aggravated assault, the questions presented were passed upon in a companion case adversely to the appellant, they need not be reviewed on appeal and the judgment below is affirmed.

   Appeal from the County Court at Law No. 2 of Harris.   Tried below before the Hon. Murray B. Jones.

   Appeal from a conviction of aggravated assault; penalty, a fine of fifty dollars.

   The opinion states the case.

   *J. M. Gibson,* for appellant.—Cases cited in companion case.

   *E. B. Hendricks,* Assistant Attorney General, for the State.

   DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of aggravated assault, his punishment being assessed at a fine of $50.

   This is a companion case to that of No. 4573, Francis Harris v. The State, this day affirmed.   The facts and the questions are practically the same in both cases.   There is not enough difference, in the mind of the writer, to justify taking up the questions and reviewing them seriatim. Following the opinion in the Harris case, supra, this judgment ought to be affirmed, and it is accordingly so ordered.

*Affirmed.*

   PRENDERGAST, JUDGE, not sitting.